JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUY TRUONG, an individual, | Case No.: 8:22-cv-01503-DOC-DFM |
| Plaintiff, | **ORDER** |
| vs. | |
| SM.KAN, INC., a California corporation; | |
| Defendants. | |

## ORDER

On December 5, 2022, the Court entered an order granting plaintiff Quy Truong's ("Plaintiff") motion for default judgment against Defendant SM.KAN, INC., a California corporation ("Defendant"). Consequently, the Court HEREBY ORDERS:

1. That Plaintiff recover $3,760.00 in attorney's fees from Defendant;
2. That Plaintiff recover $464.16 in costs from Defendant;
3. That Plaintiff recover $8,000.00 in statutory damages from Defendant
4. That Defendant is enjoined to ensure that accessible barriers are the Property located at 15347 Gale Ave., City of Industry, CA 91745 (the "Property"), are removed and/or corrected, including but not limited to ensuring that accessible parking and pathways at the Property are accessible;
5. That the action be dismissed.

**IT IS SO ORDERED.**

Dated: November 28, 2022

_David O. Carter_
Honorable David O. Carter
United States District Court Judge